# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  THOMAS R. MCKEE  
       2715 NINTH STREET     SSN-xxx-xx-2782     Case Number: 05-72210  
       ROCKFORD, IL  61109

Case filed on: 5/3/2005  
Plan Confirmed on: 7/8/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $2,700.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 008 | CITIMORTGAGE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 201 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS R. MCKEE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WATERFIELD MORTGAGE COMPANY | 57,772.08 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 57,772.08 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 237.73 | 237.73 | 32.34 | 0.00 |
| 003 | ESKANOS & ADLER, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | FINGERHUT CREDIT ADVANTAGE | 244.50 | 244.50 | 33.27 | 0.00 |
| 005 | FREEDMAN ANSELMO LINDBERG AND RAPPE | 8,087.65 | 8,087.65 | 1,100.38 | 0.00 |
| 006 | HUNTS AUTOMOTIVE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PROVIDIAN PROCESSING SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,569.88 | 8,569.88 | 1,165.99 | 0.00 |
|  | Grand Total: | 67,705.96 | 9,933.88 | 2,529.99 | 0.00 |

Total Paid Claimant:  $2,529.99  
Trustee Allowance:   $170.01  
Percent Paid Unsecured:   13.61

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008     By  /s/Heather M. Fagan